# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS,
LOCAL UNION #222,

    Plaintiff,

v.                                            CASE NO. 8:14-cv-193-T-26JSS

SPE UTILITY CONTRACTORS FD, LLC,

    Defendant.
_____/

## O R D E R

Plaintiff's counsel having failed to file a response within the time fixed in the Court's order entered October 20, 2015, at docket 42, it is **ORDERED AND ADJUDGED** that the Defendant's Motion to Tax Costs (Dkt. 41) is **granted**. The Clerk shall tax costs against the Plaintiff in the sum of $853.80.

**DONE AND ORDERED** at Tampa, Florida, on October 22, 2015.

                                         s/*Richard A. Lazzara*
                                         **RICHARD A. LAZZARA**
                                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record